UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                         Plaintiff,

         v.

CHRIS REYKDAL, et al.,

                         Defendants.

Case No. C24-1335-RSL

ORDER GRANTING IN FORMA
PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkts. 1 & 7, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  *See also Zayas v. McCoy*, C24-1132-RSM (Dkt. 6).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 23rd day of September, 2024.

S. KATE VAUGHAN
United States Magistrate Judge