UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

        Plaintiff,

   v.

CHRIS REYKDAL, *et al*.,

        Defendants.

CASE NO. 2:24-cv-01335-RSL

ORDER OF DISMISSAL

On September 25, 2024, plaintiff was ordered to file an amended complaint which clearly and concisely identifies the acts of which each named defendant is accused and how those acts violated plaintiff's legal rights. Plaintiff was informed of the deficiencies in the original complaint and advised that the key to filing an acceptable amended complaint would be providing enough facts regarding each defendant that one could plausibly infer that plaintiff has a viable legal claim and a right to relief against that defendant. Plaintiff was warned that the failure to file a timely and sufficient complaint would result in dismissal of this action.

//

ORDER OF DISMISSAL - 1

1       Plaintiff's response was due on or before October 23, 2024. No response having

2 been received, the above-captioned matter is hereby DISMISSED.

5       Dated this 29th day of October, 2024.

                                    _____
                                    Robert S. Lasnik
                                    United States District Judge

ORDER OF DISMISSAL - 2